ISAAC P. SMITH, as Executor of and Trustee under the Will of CHARLES G. HAVENS, Deceased, Respondent, *v.* HAVENS RELIEF FUND SOCIETY et al., Respondents, and HARRIET A. PARMLY et al., Appellants.

*Smith* v. *Havens Relief Fund Society*, 118 App. Div. 678, affirmed.
(Argued December 17, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1907, which affirmed an interlocutory and final judgment of Special Term in an action for the construction of the will of Charles G. Havens, deceased.

*Alfred G. Reeves* and *Isaac S. Signor* for appellants.

*George M. Bayne* and *Arthur M. Silber* for plaintiff, respondent. •

*Richard L. Hand, Charles M. Bleecker* and *Leonard S. Wheeler* for Havens Relief Fund Society et al., defendants, respondents.

*Harry E. Newell* for Charlotte A. W. Costello, defendant, respondent.

*Frank W. Stevens* for Charles G. H. Stevens et al., defendants, respondents.

*Augustus N. Hand* for Townsend Jones, as executor, defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.